UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                    Case No. 17-cr-20657
                                                  Hon. Matthew F. Leitman

v.

D1, TAVARAS WARREN,

    Defendant.
_____/

## ORDER GRANTING EX PARTE MOTION FOR APPOINTMENT OF INFORMATION TECHNOLOGY EXPERT AND TO AUTHORIZE PAYMENT

This matter has been brought to the Court upon ex parte application for funds to retain an information technology expert / discovery coordinator, and the Court having reviewed the supporting documents, and being fully informed, is of the opinion that the Defendant has demonstrated the need for this service to adequately defend himself against the charges in the Indictment and his financial inability to secure these services on his own;

Therefore, the Court authorizes payment to **Christopher Antone, PC Services, Farmington Hills, MI** from CJA funds for its expert services on behalf of the Defendant at an hourly rate of seventy five ($75.00) dollars, not to exceed twenty-five hundred ($2,500.00) dollars, without further approval of the Court.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 31, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 31, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764