UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                             Case No. 17-20657 and 18-20269
                                                     Hon. Matthew F. Leitman
v.

D1, TAVARAS WARREN,

    Defendant.
_____/

## ORDER REQUIRING CLARIFICATION OF BASIS FOR MOTION

Defendant Tavaras Warren previously pleaded guilty to: one count of Hobbs Act Robbery, one count of discharge of a firearm during and relation to a crime of violence, and one count of possession of a firearm in furtherance of a drug trafficking crime. Warren has now filed a Motion to Vacate and/or Correct Sentence Pursuant to 28 U.S.C. 2255. In its entirety, the motion states as follows:

> Would like to File Amendment 782 in light of my Hobbs Act conviction 18 U.S.C. 8 1951(a) Amendment 599
> Davis Vs. United States 2019 supreme court Ruling. United States V. Davis __ US __ 1395. Ct. 2319 204 L. Ed 2d 757 (2019) Holding that 18 U.S.C. 8 924(c)(3)(B) is unconstitutional – I would like for the court to Appoint a Lawyer if there are grounds for relief.

Warren has also requested that the Court appoint counsel to represent him in connection with the motion.

1

The Court needs more information from Warren in order to properly evaluate his motion. Specifically, the Court needs to understand the basis for Warren's claims. Simply citing amendments to the Sentencing Guidelines, statutes, and case law is not enough. Warren must explain to the Court how these authorities entitle him to relief. The Court fully recognizes that Warren is not a lawyer, and the Court does not expect Warren to file a brief that a trained lawyer would file. However, the Court does expect Warren to provide at least some explanation as to how the cited authorities apply here. Accordingly, IT IS ORDERED that **by not later than March 16, 2020**, Warren shall file a supplement to his motion in which, to the best of his ability, he shall explain how he is entitled to relief under each of the Guidelines amendments, statutes, and cases that he cites. Once the Court has a better understanding of Warren's position, the Court will determine whether to appoint counsel for Warren or whether to proceed directly to decide the motion.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 16, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 16, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764