UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D1, TAVARAS WARREN,

    Defendant.
_____/

Case No. 17-20657 and 18-20269
Hon. Matthew F. Leitman

# **JUDGMENT**

For the reasons stated in the Court's Order entered and filed on March 4, 2020,

**IT IS ORDERED AND ADJUDGED** that Defendant/Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 is **DENIED** and judgment is entered in favor of Plaintiff/Respondent.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

    DAVID J. WEAVER
    CLERK OF THE COURT

    By: s/Holly A. Monda
    Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

Dated: March 4, 2020
Flint, Michigan